IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

Civil No. 2:92CV89-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBERT JOHNSTON, GERTRUDE JOHNSTON, MICHELE JOHNSTON, and IMPERIUM CORPORATION | ) | |
| Defendants. | ) | |

FILED
ASHEVILLE, N.C.
SEP - 9 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

Upon consideration of the United States' Motion for Substitution of Appraiser in This Action,

It is Hereby ORDERED:

1. The United States motion is GRANTED; and

2. James T. Gentry is SUBSTITUTED for Kenneth Rhoton as an appraiser in this action.

9-9-05
Date

United States District Court Judge