**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CIVIL NO.  2:92CV89**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | <u>O R D E R</u> |
| | ) | |
| **ROBERT JOHNSTON; GERTRUDE** | ) | |
| **JOHNSTON; MICHELE** | ) | |
| **JOHNSTON; and IMPERIUM** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on a *pro se* paperwriting filed by Robert Albert Johnson on March 16, 2006, entitled, "Offer for the U.S. Attorney to Prove that the U.S. Government & It's IRS has a Cause of Action Upon Which Relief can be Granted."  The pleading is frivolous on its face and will be stricken from the record.  The Government shall not file a response thereto.

**IT IS, THEREFORE, ORDERED** that the pleading identified above is hereby **STRICKEN** from the record herein.

Signed: March 22, 2006

Lacy H. Thornburg
United States District Judge